```
                                         CLERK'S OFFICE U.S. DIST. COURT
                                              AT ROANOKE, VA
                                                   FILED
```

IN THE UNITED STATES DISTRICT COURT    FEB 2 7 2008
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION    JOHN F. CORCORAN, CLERK
BY: S. Dawler
    DEPUTY CLERK

| | |
|---|---|
| CALVIN PERRY,<br>    Plaintiff, | Civil Action No. 7:08-cv-00193 |
| v. | **ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>    Defendant. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g) and 28 U.S.C. § 1367(c), and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 27th day of February, 2008.

_____
Senior United States District Judge

Dockets.Justia.com